UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NERIDIO-JULIAN SUCRE,

              Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of Defendant Sucre, previously scheduled for January 16, 2020, will now occur on **February 10, 2020 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge