UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NERIDIO-JULIAN SUCRE,

     Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that the sentencing of Defendant Sucre, previously scheduled for February 10, 2020 at 4:30 p.m., will now take place on **April 7, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   February _1_, 2020

        SO ORDERED.

        _____
        Paul G. Gardephe
        United States District Judge