UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

NEREDIO-JULIAN SUCRE,

                      Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the sentencing of Defendant Sucre, previously scheduled for April 7, 2020, will now take place on **May 6, 2020 at 4:00 p.m.**

Dated:  New York, New York
        April 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge