UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

NEREDIO-JULIAN SUCRE,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant Sucre, previously scheduled for May 6, 2020 at 4:00 p.m., will now take place on **May 6, 2020 at 10:30 a.m.** The parties are directed to dial (888) 363-4749 and to use access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
April 27, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge