UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>NEREDIO-JULIAN SUCRE,<br><br>                    Defendant. | **ORDER**<br><br>18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant Sucre, previously scheduled for May 6, 2020 at 10:30 a.m., will now take place on **May 13, 2020 at 12:00 p.m.** The parties are directed to dial (888) 363-4749 and to use access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated:  New York, New York
        May 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge